UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|                                      |                               |
|--------------------------------------|-------------------------------|
| MARK AND NAESHA LEYS,                | Case No. 1:08-cv-1084         |
| Plaintiffs,                          | Chief Judge Paul L. Maloney   |
| v.                                   |                               |
| LOWE'S HOME CENTERS, INC.,           |                               |
| Defendant.                           |                               |

## JUDGMENT

For the reasons stated in this court's contemporaneously issued opinion:

**Judgment is entered in favor of the defendant** and against the plaintiffs.

**IT IS SO ORDERED the 7th day of October 2009.**

                                              /s/ Paul L. Maloney
                                              Honorable Paul L. Maloney
                                              Chief United States District Judge